IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3076 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| THOMAS PETERSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Cheryl R. Zwart on November 23, 2015 (filing [19](#)). Judge Zwart recommends that the defendant's motion to dismiss (filing [15](#)) be denied in its entirety. No objections have been filed to the findings and recommendation, and the matter is now ripe for decision under [28 U.S.C. § 636(b)(1)](#).

I find and conclude after de novo review that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted, and the defendant's motion will be denied in all respects.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing [19](#)) are adopted.

2. The defendant's motion to dismiss (filing [15](#)) is denied in all respects.

December 14, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge