IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3076 |
| v. | ) | |
| THOMAS PETERSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the parties shall submit joint and simultaneous briefs regarding whether the testimony of A.S.'s father and sister is or is not inadmissable hearsay. These briefs are due on or before 6:00 p.m. on July 20, 2016.

DATED this 12th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge