IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3076 |
| v. | ) | |
| THOMAS PETERSON, | ) | ORDER |
| Defendant. | ) | |

In light of the government's concession (filing no. 32),

IT IS ORDERED that the briefing order (filing no. 31) is rescinded.

DATED this 14th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge