IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3076 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS PETERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

(1)     The defendant's unopposed motion to continue sentencing (filing no. 84) is granted.

(2)     The defendant's sentencing is continued to Thursday, November 10, 2016, at 12:00 noon, for one hour, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(3)     The defendant's submission concerning the undersigned's tentative findings shall be filed no later than 4:30 p.m. on Monday, November 7, 2016.

(4)     The Pretrial Services release status report shall be filed no later than 4:30 p.m. on Monday, October 31, 2016.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge