# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3076 |
| vs. | |
| THOMAS PETERSON, | ORDER |
| Defendant. | |

On the court's own motion, and following three oral extensions of time,

IT IS ORDERED that:

(1) The defendant through his counsel may submit a reply brief concerning his compassionate release motion on or before July 28, 2021.

(2) The compassionate release motion shall be deemed submitted on July 29, 2021.

(3) The Clerk's office shall provide a copy of this order to the Federal Public Defender, the United States Attorney, and Supervising United States Probation Officer Aaron Kurtenbach.

Dated this 14th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge